

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00181-CV

_____

IN RE HOME STATE COUNTY MUTUAL INSURANCE COMPANY AND
APOLLO MANAGING GENERAL AGENCY, Relators

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-357610-24

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied.  Accordingly, relators' petition for writ of mandamus and motion for temporary relief are denied.

Per Curiam

Delivered:  April 21, 2025